# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOLHOUS, LARRY | § | Case No. 09-71210 |
| BOLHOUS, VIRGINIA L | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 03/27/2009 . The undersigned trustee was appointed on 03/27/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of    $    5,500.70

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 5,500.70 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

6. The deadline for filing claims in this case was 10/02/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,300.07 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,300.07 , for a total compensation of $ 1,300.07 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 12/07/2009_____    By:/s/DANIEL M. DONAHUE_____
                                    Trustee



**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

**Exhibit A**

Case No: 09-71210   MLB   Judge: MANUEL BARBOSA
Case Name: BOLHOUS, LARRY
BOLHOUS, VIRGINIA L
For Period Ending: 12/07/09

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 03/27/09 (f)
341(a) Meeting Date: 05/07/09
Claims Bar Date: 10/02/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 185,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 300.00 | 0.00 | DA | 0.00 | FA |
| 3. 1st National Bank - savings | 300.00 | 0.00 | DA | 0.00 | FA |
| 4. Winnebago Co. CU - savings | 250.00 | 0.00 | DA | 0.00 | FA |
| 5. Household goods and furnishings | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 6. Modern Woodman life insurance | 3,759.00 | 0.00 | DA | 0.00 | FA |
| 7. Country Companies life insurance | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Putnam 403B | 7,462.00 | 0.00 | DA | 0.00 | FA |
| 9. American Funds Roth IRA | 298.00 | 0.00 | DA | 0.00 | FA |
| 10. American General 403B plan | 8,139.76 | 0.00 | DA | 0.00 | FA |
| 11. American Funds IRA | 10,474.00 | 0.00 | DA | 0.00 | FA |
| 12. Modern Woodman IRA | 2,940.00 | 0.00 | DA | 0.00 | FA |
| 13. IMRF Pension | 191,000.00 | 0.00 | DA | 0.00 | FA |
| 14. Winnebago Super Value, Inc. stock | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. 2002 Buick LeSabre | 3,900.00 | 0.00 | DA | 0.00 | FA |
| 16. 2002 Chevrolet PU | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Forester Camper | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 18. Federal and state income tax refund | 6,761.00 | 0.00 | | 5,500.00 | FA |
| 19. Wearing Apparel | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.70 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $446,983.76   $0.00   $5,500.70   $0.00

(Total Dollar Amount in Column 6)

LFORM1
**UST Form 101-7-TFR (9/1/2009) (Page: 3)**

Ver. 15.02

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit A

Case No:        09-71210      MLB    Judge: MANUEL BARBOSA                                        Trustee Name:               DANIEL M. DONAHUE
Case Name:      BOLHOUS, LARRY                                                                    Date Filed (f) or Converted (c):   03/27/09 (f)
                BOLHOUS, VIRGINIA L                                                               341(a) Meeting Date:        05/07/09
                                                                                                  Claims Bar Date:            10/02/09

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-71210 -MLB |
| Case Name: | BOLHOUS, LARRY |
| | BOLHOUS, VIRGINIA L |
| Taxpayer ID No: | •••••••4454 |
| For Period Ending: | 12/07/09 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | •••••••1402  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/09 | 18 | LARRY AND VIRGINIA BOLHOUS 213 N CHURCH ST WINNEBAGO, IL 61088-9580 | TAX REFUND | 1124-000 | 5,500.00 | | 5,500.00 |
| 07/31/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,500.12 |
| 08/31/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,500.26 |
| 09/30/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,500.40 |
| 10/30/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,500.54 |
| 11/30/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,500.68 |
| 12/07/09 | 20 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 5,500.70 |
| 12/07/09 | | Transfer to Acct #•••••••1538 | Final Posting Transfer | 9999-000 | | 5,500.70 | 0.00 |

|  |  | |
|---|---|---|
| COLUMN TOTALS | 5,500.70 | 5,500.70 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,500.70 | |
| Subtotal | 5,500.70 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,500.70 | 0.00 | |

Page Subtotals          5,500.70          5,500.70

Ver: 15.02

**FORM 2**

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-71210 -MLB |
| Case Name: | BOLHOUS, LARRY |
| | BOLHOUS, VIRGINIA L |
| Taxpayer ID No: | *******4454 |
| For Period Ending: | 12/07/09 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1538  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/07/09 | | Transfer from Acct #*******1402 | Transfer In From MMA Account | 9999-000 | 5,500.70 | | 5,500.70 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,500.70 | 0.00 | 5,500.70 |
| Less: Bank Transfers/CD's | 5,500.70 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******1402 | 5,500.70 | 0.00 | 0.00 |
| GENERAL CHECKING - *******1538 | 0.00 | 0.00 | 5,500.70 |
| | 5,500.70 | 0.00 | 5,500.70 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        5,500.70        0.00

Ver: 15.02

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-71210 | | Page 1 | | Date: December 07, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | BOLHOUS, LARRY | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $1,457.65 | $0.00 | $1,457.65 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $42.28 | $0.00 | $42.28 |
| 000002 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $4,860.87 | $0.00 | $4,860.87 |
| 000003 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $1,655.79 | $0.00 | $1,655.79 |
| 000004 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $1,129.62 | $0.00 | $1,129.62 |
| 000005 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $16,932.24 | $0.00 | $16,932.24 |
| 000006 070 7100-00 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Unsecured | | $1,787.29 | $0.00 | $1,787.29 |
| 000008 080 7200-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $3,907.80 | $0.00 | $3,907.80 |
| 000001 050 4110-00 | Winnebago County Schools Credit Un 4563 Hydraulic Rd Rockford, IL 61109 | Secured | | $4,998.62 | $0.00 | $4,998.62 |
| 000007 050 4110-00 | Anthony Capriola, Sr. 2969 Betty Lane Winnebago, IL 61088 | Secured | | $25,000.00 | $0.00 | $25,000.00 |

**EXHIBIT C**

**ANALYSIS OF CLAIMS REGISTER**

| Case Number: | 09-71210 | | Page 2 | | Date: December 07, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | BOLHOUS, LARRY | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $61,772.16 | $0.00 | $61,772.16 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-71210
Case Name: BOLHOUS, LARRY
            BOLHOUS, VIRGINIA L
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DANIEL M. DONAHUE* | $ 1,300.07 | $ 0.00 |
| *Attorney for trustee: MCGREEVY* | | |
| *WILLIAMS* | $ 1,457.65 | $ 42.28 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,365.81  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000002* | *PYOD LLC its successors and assigns as assignee of* | $ 4,860.87 | $ 497.91 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | *PYOD LLC its successors and* | | |
| *000003* | *assigns as assignee of* | $ 1,655.79 | $ 169.61 |
| *000004* | *Chase Bank USA, N.A.* | $ 1,129.62 | $ 115.71 |
| *000005* | *Chase Bank USA, N.A.* | $ 16,932.24 | $ 1,734.40 |
| *000006* | *DISCOVER BANK* | $ 1,787.29 | $ 183.07 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,907.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | *FIA CARD SERVICES,* | | |
| *000008* | *NA/BANK OF AMERICA* | $ 3,907.80 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $1,457.65 | $1,457.65 |
| | *Expenses* | $0.00 | $42.28 | $42.28 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $1,457.65 | $1,457.65 |
| | *Expenses* | $0.00 | $42.28 | $42.28 |
| | | $0.00 | $1,499.93 | $1,499.93 |

**Exhibit G**