# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BOLHOUS, LARRY | § | Case No. 09-71210 |
| BOLHOUS, VIRGINIA L | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/20/2010 in Courtroom 115,

United States Courthouse
211 S. Court St.
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/07/2009            By: /s/ Daniel M. Donahue
                                          Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOLHOUS, LARRY | § | Case No. 09-71210 |
| BOLHOUS, VIRGINIA L | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,500.70 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 5,500.70 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DANIEL M. DONAHUE* | $ 1,300.07 | $ 0.00 |
| *Attorney for trustee: MCGREEVY* | | |
| *WILLIAMS* | $ 1,457.65 | $ 42.28 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| _Other:_ _____ | $_____ | $_____ |
| _Other:_ _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| _Attorney for debtor:_ _____ | $_____ | $_____ |
| _Attorney for:_ _____ | $_____ | $_____ |
| _Accountant for:_ _____ | $_____ | $_____ |
| _Appraiser for:_ _____ | $_____ | $_____ |
| _Other:_ _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,365.81  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000002_ | _PYOD LLC its successors and assigns as assignee of_ | $_____ 4,860.87 | $_____ 497.91 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 1,655.79 | $ 169.61 |
| 000004 | Chase Bank USA, N.A. | $ 1,129.62 | $ 115.71 |
| 000005 | Chase Bank USA, N.A. | $ 16,932.24 | $ 1,734.40 |
| 000006 | DISCOVER BANK | $ 1,787.29 | $ 183.07 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,907.80  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,907.80 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

UST Form 101-7-NFR (9/1/2009) *(Page: 4)*

Prepared By: /s/Daniel M. Donahue
_____
                    Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: lorsmith           Page 1 of 1          Date Rcvd: Dec 17, 2009
Case: 09-71210             Form ID: pdf006           Total Noticed: 19

```
The following entities were noticed by first class mail on Dec 19, 2009.
db/jdb      +Larry Bolhous,  Virginia L Bolhous,   213 N. Church St.,   Winnebago, IL 61088-9580
aty          Daniel M Donahue,   P. O. Box 2903,   Rockford, IL  61132-2903
aty         +David L Davitt,  Schlueter Ecklund,   4023 Charles Street,   Rockford, IL 61108-6199
tr           Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
13704592     AT&T Universal Card,   P.O. Box 688913,   Des Moines, IA 50368-8913
13704589    +Anthony Capriola, Sr.,   2969 Betty Lane,   Winnebago, IL 61088-9634
13704591    +Associated Bank,   1305 Main Street,   Stevens Point, WI 54481-2898
13704590    +Associated Bank,   PO Box 2926,   Milwaukee, WI 53201-2926
13704593     Card Member Services,   PO Box 15153,   Wilmington, DE 19886-5153
14207099     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13704594     Credit Card Center,   PO Box 688940,   Des Moines, IA 50368-8940
13704595     Discover,   Payment Center,   P.O. Box 17313,   Baltimore, MD 21297-1313
13704596     Exxon Mobil,   P.O. Box 688940,   Des Moines, IA 50368-8940
14562474     FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
              Oklahoma City, OK  73124-8809
13704597     FIA Card Services NA,   P.O. Box 15137,   Wilmington, DE 19850-5137
13704598    +First National Bank and Trust,   345 E. Grand Avenue,   Beloit, WI 53511-6226
14194196    +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
13704599    +Winnebago County Schools Credit Un,   4563 Hydraulic Rd,   Rockford, IL 61109-2613

The following entities were noticed by electronic transmission on Dec 17, 2009.
14428833     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 18 2009 02:17:56    DISCOVER BANK,
              DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
                                                                                    TOTAL: 1


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
                                                                                    TOTALS: 0, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2009**                    **Signature:** _Joseph Speetjens_