# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| BOLHOUS, LARRY<br>BOLHOUS, VIRGINIA L | § § § | Case No. 09-71210 |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 440,222.76 | Assets Exempt: 278,422.76 |
| Total Distributions to Claimants: 2,700.70 | Claims Discharged Without Payment: 396,155.30 |
| Total Expenses of Administration: 2,800.00 | |

3) Total gross receipts of $ 5,500.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,500.70 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 152,657.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,800.00 | 2,800.00 | 2,800.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 368,582.39 | 30,273.61 | 30,273.61 | 2,700.70 |
| **TOTAL DISBURSEMENTS** | **$ 521,239.39** | **$ 33,073.61** | **$ 33,073.61** | **$ 5,500.70** |

4) This case was originally filed under chapter 7 on 03/27/2009. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/16/2010    By:/s/DANIEL M. DONAHUE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Federal and state income tax refund | 1124-000 | 5,500.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.70 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,500.70** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Anthony Capriola, Sr. 2969 Betty Lane Winnebago, IL 61088 | | 25,000.00 | NA | NA | 0.00 |
| Associated Bank 1305 Main Street Stevens Point, WI 54481 | | 79,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank PO Box 2926 Milwaukee, WI 53201 | | 18,057.00 | NA | NA | 0.00 |
| First National Bank and Trust 345 E. Grand Avenue Beloit, WI 53511 | | 25,000.00 | NA | NA | 0.00 |
| Winnebago County Schools Credit Un 4563 Hydraulic Rd Rockford, IL 61109 | | 5,600.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 152,657.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 1,300.07 | 1,300.07 | 1,300.07 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 1,457.65 | 1,457.65 | 1,457.65 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 42.28 | 42.28 | 42.28 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (9/1/2009) (Page: 4)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T Universal Card P.O. Box 688913 Des Moines, IA 50368-8913 | | 4,521.47 | NA | NA | 0.00 |
| Associated Bank PO Box 2926 Milwaukee, WI 53201 | | 18,057.90 | NA | NA | 0.00 |
| Card Member Services PO Box 15153 Wilmington, DE 19886-5153 | | 17,389.00 | NA | NA | 0.00 |
| Discover Payment Center P.O. Box 17313 Baltimore, MD 21297-1313 | | 1,500.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Exxon Mobil P.O. Box 688940 Des Moines, IA 50368-8940 | | 1,320.20 | NA | NA | 0.00 |
| FIA Card Services NA P.O. Box 15137 Wilmington, DE 19850-5137 | | 3,793.82 | NA | NA | 0.00 |
| First National Bank and Trust 345 E. Grand Avenue Beloit, WI 53511 | | 322,000.00 | NA | NA | 0.00 |
| CHASE BANK USA, N.A. | 7100-000 | NA | 1,129.62 | 1,129.62 | 115.71 |
| CHASE BANK USA, N.A. | 7100-000 | NA | 16,932.24 | 16,932.24 | 1,734.40 |
| DISCOVER BANK | 7100-000 | NA | 1,787.29 | 1,787.29 | 183.07 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 4,860.87 | 4,860.87 | 497.91 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 1,655.79 | 1,655.79 | 169.61 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7200-000 | NA | 3,907.80 | 3,907.80 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 368,582.39 | $ 30,273.61 | $ 30,273.61 | $ 2,700.70 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

Case No: 09-71210    MLB    Judge: MANUEL BARBOSA
Case Name: BOLHOUS, LARRY
BOLHOUS, VIRGINIA L
For Period Ending: 03/16/10

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 03/27/09 (f)
341(a) Meeting Date: 05/07/09
Claims Bar Date: 10/02/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 185,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 300.00 | 0.00 | DA | 0.00 | FA |
| 3. 1st National Bank - savings | 300.00 | 0.00 | DA | 0.00 | FA |
| 4. Winnebago Co. CU - savings | 250.00 | 0.00 | DA | 0.00 | FA |
| 5. Household goods and furnishings | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 6. Modern Woodman life insurance | 3,759.00 | 0.00 | DA | 0.00 | FA |
| 7. Country Companies life insurance | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Putnam 403B | 7,462.00 | 0.00 | DA | 0.00 | FA |
| 9. American Funds Roth IRA | 298.00 | 0.00 | DA | 0.00 | FA |
| 10. American General 403B plan | 8,139.76 | 0.00 | DA | 0.00 | FA |
| 11. American Funds IRA | 10,474.00 | 0.00 | DA | 0.00 | FA |
| 12. Modern Woodman IRA | 2,940.00 | 0.00 | DA | 0.00 | FA |
| 13. IMRF Pension | 191,000.00 | 0.00 | DA | 0.00 | FA |
| 14. Winnebago Super Value, Inc. stock | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. 2002 Buick LeSabre | 3,900.00 | 0.00 | DA | 0.00 | FA |
| 16. 2002 Chevrolet PU | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Forester Camper | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 18. Federal and state income tax refund | 6,761.00 | 0.00 | | 5,500.00 | FA |
| 19. Wearing Apparel | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.70 | FA |

TOTALS (Excluding Unknown Values)    $446,983.76    $0.00        $5,500.70    Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 09-71210    MLB    Judge: MANUEL BARBOSA      Trustee Name: DANIEL M. DONAHUE
Case Name: BOLHOUS, LARRY      Date Filed (f) or Converted (c): 03/27/09 (f)
           BOLHOUS, VIRGINIA L      341(a) Meeting Date: 05/07/09
           Claims Bar Date: 10/02/09

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/17/09      Current Projected Date of Final Report (TFR): 12/17/09

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-71210 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BOLHOUS, LARRY | Bank Name: | BANK OF AMERICA, N.A. |
| | BOLHOUS, VIRGINIA L | Account Number / CD #: | *******1402 MONEY MARKET |
| Taxpayer ID No: | *******4454 | | |
| For Period Ending: | 03/16/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/09 | 18 | LARRY AND VIRGINIA BOLHOUS 213 N CHURCH ST WINNEBAGO, IL 61088-9580 | TAX REFUND | 1124-000 | 5,500.00 | | 5,500.00 |
| 07/31/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,500.12 |
| 08/31/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,500.26 |
| 09/30/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,500.40 |
| 10/30/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,500.54 |
| 11/30/09 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,500.68 |
| 12/07/09 | 20 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 5,500.70 |
| 12/07/09 | | Transfer to Acct #*******1538 | Final Posting Transfer | 9999-000 | | 5,500.70 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,500.70 | 5,500.70 |
| Less: Bank Transfers/CD's | 0.00 | 5,500.70 |
| Subtotal | 5,500.70 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 5,500.70 | 0.00 |

Page Subtotals        5,500.70        5,500.70

Ver 15.06b

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page: 9)

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-71210 -MLB |
| Case Name: | BOLHOUS, LARRY |
| | BOLHOUS, VIRGINIA L |
| Taxpayer ID No: | *******4454 |
| For Period Ending: | 03/16/10 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1538 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/07/09 | | Transfer from Acct #*******1402 | Transfer In From MMA Account | 9999-000 | 5,500.70 | | 5,500.70 |
| 01/20/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P O BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,300.07 | 4,200.63 |
| 01/20/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,457.65 | 2,742.98 |
| 01/20/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 42.28 | 2,700.70 |
| 01/20/10 | 000103 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000002, Payment 10.2% | 7100-000 | | 497.91 | 2,202.79 |
| 01/20/10 | 000104 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000003, Payment 10.2% | 7100-000 | | 169.61 | 2,033.18 |
| 01/20/10 | 000105 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 10.2% | 7100-000 | | 115.71 | 1,917.47 |
| 01/20/10 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 10.2% | 7100-000 | | 1,734.40 | 183.07 |
| 01/20/10 | 000107 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000006, Payment 10.2% | 7100-000 | | 183.07 | 0.00 |

Page Subtotals      5,500.70      5,500.70

Ver: 15.06b

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page 10)

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No | 09-71210 -MLB | Trustee Name: | DANIEL M DONAHUE |
| --- | --- | --- | --- |
| Case Name | BOLHOUS, LARRY | Bank Name: | BANK OF AMERICA, N.A. |
| | BOLHOUS, VIRGINIA L | Account Number / CD # | *******1538 GENERAL CHECKING |
| Taxpayer ID No. | *******4454 | | |
| For Period Ending | 03/16/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,500.70 | 5,500.70 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,500.70 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,500.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,500.70 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******1402 | 5,500.70 | 0.00 | 0.00 |
| GENERAL CHECKING - *******1538 | 0.00 | 5,500.70 | 0.00 |
| | 5,500.70 | 5,500.70 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver 15.06b

LFORM24 UST Form 101-7-TDR (9/1/2009) (Page 11)

# Bank of America

| | |
|---|---|
| CUSTOMER CONNECTION<br>BANK OF AMERICA, N.A.<br>DALLAS, TEXAS 75283-2406 | Account Number    4429751538<br>01 01 148 06 M0000 E#    2<br>Last Statement:    01/29/2010<br>This Statement:    02/26/2010 |

ESTATE OF
BOLHOUS, LARRY, DEBTOR
BOLHOUS, VIRGINIA L, DEBTOR
DANIEL M. DONAHUE - TRUSTEE
09-71210
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page    1 of    2

Bankruptcy Case Number: 0971210

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 01/30/2010 - 02/26/2010 | | Statement Beginning Balance | 667.52 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 2 | Amount of Checks | 667.52 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 2 | | |
| | | Service Charge | .00 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 103 | 497.91 | 02/01 | 6592374669 | 104 | 169.61 | 02/01 | 6592374668 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/29 | 667.52 | 667.52 | 02/26 | .00 | .00 |
| 02/01 | .00 | .00 | | | |